UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JOHNSON, | No. 2:13-cv-02136-AC P |
| Plaintiff, | |
| v. | ORDER |
| BRIAN DUFFY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. On December 24, 2013, this court screened plaintiff's first amended civil rights complaint and gave plaintiff the option of either (1) filing a second amended complaint to correct the deficiencies noted in the screening order, or (2) proceeding with the first amended complaint's cognizable claims against Defendants R. Lee, M. Jordan, and R. Bivins. ECF No. 8 at 5-6. Instead of choosing one of these specific options, plaintiff filed both service documents for Defendants Lee, Jordan, and Bivins and a second amended complaint. See ECF Nos. 14, 15. In his Notice of Submission of Documents form, plaintiff indicated that he "consents to the dismissal of Defendant Duffy and the excessive force claim without prejudice." ECF No. 14 at 1. However, counts one and three of the second amended complaint specifically re-plead the excessive use of force claims screened out by the court's prior order. Therefore, it is not clear to the court whether plaintiff is attempting to proceed on the cognizable claims presented in his first

1

amended complaint, ECF No. 6, or whether plaintiff is seeking to expand his claims by filing a second amended complaint, ECF No. 15.

Accordingly, plaintiff shall file a notice of election with the court indicating whether he wants the court to serve the first amended complaint on Defendants Lee, Jordan, and Bivins, or whether he wants to proceed with the claims presented in the second amended complaint filed on February 13, 2014.  Should plaintiff choose the first option, the court will strike the second amended complaint from the docket.  If plaintiff chooses the second option, the court will strike the service documents returned on February 13, 2014 and screen the second amended complaint.

IT IS HEREBY ORDERED that:

1. Plaintiff shall file a notice of election within twenty-one days from the date of this order identifying how he wishes to proceed with this cause of action; and,

2. If plaintiff fails to comply with this order by clarifying how he chooses to proceed, the court will strike the service documents from the docket and screen the second amended complaint.

DATED: March 17, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2